IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA MWIMBWA,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CSL PLASMA, INC., and**<br>**CSL BEHRING, LLC,**<br>　　　　　**Defendants.** | **NO. 19-4626** |

## O R D E R

**AND NOW**, this 15th day of October, 2020, upon consideration of the Motion to Dismiss the Complaint filed by CSL Plasma, Inc. and CSL Behring, LLC (collectively, "defendants") (Document No. 9, filed December 9, 2019) and the Response in Opposition to defendants' Motion to Dismiss the Complaint filed by Theresa Mwimbwa (Document No. 10, filed December 23, 2019), for the reasons stated in the accompanying Memorandum dated October 15, 2020, **IT IS ORDERED** that defendants' Motion to Dismiss the Complaint is **GRANTED WITHOUT PREJUDICE** to plaintiff's right to file an amended complaint within fourteen days of the date of this Order if warranted by the facts and applicable law as stated in the accompanying Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.