# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA MWIMBWA**<br>　　　　**Plaintiff,**<br>　　v.<br>**CSL PLASMA, INC.**<br>　　　　**Defendants.** | **CIVIL ACTION NO. 19-cv-4626** |

## ORDER

**AND NOW,** this 9th day of December 2021, pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**